IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR157 |
| vs. | ) | |
| MATTHEW MONIZ, JR., | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Motion to Continue Trial [84]. Counsel was appointed to represent this Defendant on January 28, 2021. Counsel needs to discuss all aspects of this case with the Defendant along with reviewing discovery and all options relating to trial and/or suitable plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [84] is granted, as follows:

1. The jury trial now set for March 30, 2021, is continued to **May 4, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 4, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: March 24, 2021.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**