IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:20CR157** |
| vs. | |
| MATTHEW MONIZ JR., | **ORDER** |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Matthew Moniz, Jr. (Filing No. 227). Ryan S. Crnkovich has filed an entry of appearance as retained counsel for Matthew Moniz, Jr. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 227) will be granted.

Yvonne D. Sosa shall forthwith provide Ryan S. Crnkovich any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Matthew Moniz, Jr.'s defense.

The clerk shall provide a copy of this order to Ryan S. Crnkovich.

Dated this 7th day of April, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge